No. 83–2148. OREGON DEPARTMENT OF FISH AND WILDLIFE ET AL. *v.* KLAMATH INDIAN TRIBE. C. A. 9th Cir. Certiorari granted.

No. 84–68. KERR-MCGEE CORP. *v.* NAVAJO TRIBE OF INDIANS ET AL. C. A. 9th Cir. Certiorari granted.

No. 84–249. SPENCER ET UX. *v.* SOUTH CAROLINA TAX COMMISSION ET AL. Sup. Ct. S. C. Certiorari granted.

No. 84–233. PHILLIPS PETROLEUM CO. *v.* SHUTTS ET AL. Sup. Ct. Kan. Motions of Legal Foundation of America and National Association of Independent Insurers for leave to file briefs as *amici curiae* granted. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 84–262. MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. *v.* PUEBLO OF SANTA ANA. C. A. 10th Cir. Motions of Atchison, Topeka & Santa Fe Railway Co. and Public Service Company of New Mexico for leave to file briefs as *amici curiae* granted. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 83–6607. CALDWELL *v.* MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1803. CALIFORNIA *v.* COHEN ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.